UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO PADILLA-HERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-3174-CAB-SBC<br><br>**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Marco Antonio Padilla-Hernandez.  [Doc. No. 1 ("Petition").] Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment.  [Petition at 7–9.] He seeks immediate release or any other relief that the Court finds appropriate.  [*Id.* at 10.]

On May 28, 2026, Respondents filed a response stating that the government "acknowledges the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases[]" and "do[es] not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 1–2.]

3:26-cv-3174-CAB-SBC

Based on the foregoing, the Court **PARTIALLY GRANTS** the request for a writ of habeas corpus and **ORDERS** that Petitioner receive an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **June 25, 2026**, unless petitioner requests a continuance.  If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 11, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3174-CAB-SBC